**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-11597-ref |
| Sallie A. Bowers | Chapter 13 |
| Debtor. | Judge Richard E. Fehling |

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                                      4-1
Last 4 Digits of Account Number:      7654

Current Address for Notices:
  Cenlar FSB
  Attn: BK Department
  425 PHILLIPS BLVD.
  EWING, NJ 08618

Phone:  (609) 883-3900
Email:  bankruptcydepartment@cenlar.com

Current Address for Payments:
  Cenlar FSB
  Attn: BK Department
  425 PHILLIPS BLVD.
  EWING, NJ 08618

Phone:  (609) 883-3900
Email:  bankruptcydepartment@cenlar.com

**NEW** Address for Notices (Effective Immediately):
  Home Point Financial Corporation
  11511 Luna Road, Suite 300
  Farmers Branch, TX 75234

Phone:
Email:

**NEW** Address for Payments (Effective Immediately):
  Home Point Financial Corporation
  PO Box 790309
  St. Louis, MO 63179

Phone:
Email:

Respectfully Submitted

/s/ D. Anthony Sottile

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

## **CERTIFICATE OF SERVICE**

I certify that on September 10, 2018, a copy of the foregoing Notice of Creditor Address Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Daniel T. Rabenold, Debtor's Counsel
    DanRabenold@rkslawfirm.com

    William Miller, Chapter 13 Trustee
    ecfemail@FredReigleCh13.com

    Office of the United States Trustee
    ustpregion03.PH.ECF@usdoj.gov

I further certify that on September 10, 2018, a copy of the foregoing Notice of Creditor Address Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Sallie A. Bowers, Debtor
    135 E. High Street
    Womelsdorf, PA 19567

                                        /s/ D. Anthony Sottile
                                        D. Anthony Sottile
                                        Authorized Agent for Creditor
                                        Sottile & Barile, LLC
                                        394 Wards Corner Road, Suite 180
                                        Loveland, OH 45140
                                        Phone: 513.444.4100
                                        Email: bankruptcy@sottileandbarile.com