# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**SALLIE A. BOWERS**<br>**Debtor** | BK. No. 18-11597 REF<br><br>Chapter No. 13 |
| **HOME POINT FINANCIAL CORPORATION**<br>**Movant**<br>v.<br>**SALLIE A. BOWERS**<br>and<br>**SCOTT WATERMAN, ESQUIRE (TRUSTEE)**<br><br>Respondent | :<br>:<br>:<br>:<br>11 U.S.C. §362 |

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, upon Motion of **HOME POINT FINANCIAL CORPORATION** (Movant), it is:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 135 EAST HIGH STREET, WOMELSDORF, PA 19567 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**Date: May 31, 2019**

_____
RICHARD E. FEHLING, BANKRUPTCY JUDGE

SCOTT WATERMAN, ESQUIRE
(TRUSTEE)
2901 ST LAWRENCE AVE, SUITE 100
READING, PA 19606

SALLIE A. BOWERS
135 EAST HIGH STREET
WOMELSDORF, PA 19567-1501

DANIEL T RABENOLD, ESQUIRE
501 PARK ROAD NORTH, P.O. BOX 6263
WYOMISSING, PA 19610

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107