United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sallie A. Bowers  
      Debtor

Case No. 18-11597-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: May 31, 2019  
                       Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2019.
db             +Sallie A. Bowers,    135 E. High Street,    Womelsdorf, PA 19567-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2019 04:34:57
      PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
                                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2019 at the address(es) listed below:
         DANIEL T. RABENOLD    on behalf of Debtor Sallie A. Bowers DanRabenold@rkslawfirm.com,
      rbernabe@rkslawfirm.com
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
         JAMES A. PROSTKO    on behalf of Creditor    HOME POINT FINANCIAL CORPORATION paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor    HOME POINT FINANCIAL CORPORATION paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor    Home Point Financial Corporation paeb@fedphe.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Home Point Financial Corporation
      bkgroup@kmllawgroup.com
         ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
      ecfmail@readingch13.com,  ecf_frpa@trustee13.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    HOME POINT FINANCIAL CORPORATION paeb@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
      ECF_FRPA@Trustee13.com
                                                                                                 TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| **SALLIE A. BOWERS** | **BK. No. 18-11597 REF** |
| Debtor | |
| | **Chapter No. 13** |
| **HOME POINT FINANCIAL CORPORATION** : | |
| Movant : | |
| v. : | |
| **SALLIE A. BOWERS** : | |
| and | **11 U.S.C. §362** |
| **SCOTT WATERMAN, ESQUIRE (TRUSTEE)** | |
| Respondent | |

**ORDER MODIFYING §362 AUTOMATIC STAY**

 **AND NOW**, upon Motion of **HOME POINT FINANCIAL CORPORATION** (Movant), it is:

 **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 135 EAST HIGH STREET, WOMELSDORF, PA 19567 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

 **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**Date: May 31, 2019**

_____
RICHARD E. FEHLING, BANKRUPTCY JUDGE

SCOTT WATERMAN, ESQUIRE
(TRUSTEE)
2901 ST LAWRENCE AVE, SUITE 100
READING, PA 19606

SALLIE A. BOWERS
135 EAST HIGH STREET
WOMELSDORF, PA 19567-1501

DANIEL T RABENOLD, ESQUIRE
501 PARK ROAD NORTH, P.O. BOX 6263
WYOMISSING, PA 19610

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107