United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11597-elf
Sallie A. Bowers                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: BarbaraS              Page 1 of 2              Date Rcvd: Jun 07, 2019
                              Form ID: 167                Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2019.
db            +Sallie A. Bowers,    135 E. High Street,    Womelsdorf, PA 19567-1501
14165067      +Cenlar FSB,    servicer for Home Point Fin Corp.,    c/o Rebecca A. Solarz, Esq.,
                701 Market Street, Ste 5000,    Philadelphia, PA 19106-1541
14070473     #+Home Point Financial,    1194 Oak Valley Drive,    Suite 80,    Ann Arbor, MI 48108-8942
14194866      +Home Point Financial Corporation,    11511 Luna Road, Suite 300,    Farmers Branch, TX 75234-6451
14108450      +Home Point Financial Corporation,    c/o Cenlar FSB,    Attn: BK Department,    425 Phillips Blvd.,
                Ewing, NJ 08618-1430
14095720       Home Point Financial Corporation,    c/o Jerome Blank, Esq.,    1617 JFK Boulevard, Ste 1400,
                One Penn Center Plaza,    Philadelphia, PA  19103
14070475       Phelan Hallinan Diamond & Jones LLP,    1967 JFK Blvd,    Suite 1400,    Philadelphia, PA 19103
14070476      +Reading Hospital,    420 S. 5th Street,    Reading, PA 19602
14070477      +St. Joseph Hospital,    2500 Bernville Road,    Reading, PA 19605-9453

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 08 2019 03:34:52
                PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
14105508       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 08 2019 03:34:58
                LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14083299      +E-mail/PDF: cbp@onemainfinancial.com Jun 08 2019 03:35:40     OneMain,    PO Box 3251,
                Evansville, IN 47731-3251
14070474      +E-mail/PDF: cbp@onemainfinancial.com Jun 08 2019 03:35:42     OneMain Financial,
                1598 Cumberland Street,    Lebanon, PA 17042-4532
14245316       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 08 2019 03:35:53
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
14098717       E-mail/Text: bnc-quantum@quantum3group.com Jun 08 2019 03:27:53
                Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2019 at the address(es) listed below:
          DANIEL T. RABENOLD    on behalf of Debtor Sallie A. Bowers DanRabenold@rkslawfirm.com,
           rbernabe@rkslawfirm.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JAMES A. PROSTKO    on behalf of Creditor   HOME POINT FINANCIAL CORPORATION paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor   Home Point Financial Corporation paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor   HOME POINT FINANCIAL CORPORATION paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Home Point Financial Corporation
           bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com, ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor   HOME POINT FINANCIAL CORPORATION paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-4          User: BarbaraS              Page 2 of 2              Date Rcvd: Jun 07, 2019
                              Form ID: 167                Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

                                                                  TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Sallie A. Bowers
    Debtor(s)

Case No: 18–11597–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Hearing rescheduled re [38] Motion to Dismiss Case for Failure to Make Plan Payments Filed by SCOTT F. WATERMAN (Chapter 13) (Counsel).

**Hearing rescheduled from 6/20/19 at 9:00 AM**

on: 7/23/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

Date: 6/7/19

For The Court

Timothy B. McGrath
Clerk of Court

46 – 38
Form 167