United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-11597-elf
Sallie A. Bowers                                                Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: John              Page 1 of 2            Date Rcvd: Jul 23, 2019
                       Form ID: 210U            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2019.
```
db              +Sallie A. Bowers,    135 E. High Street,    Womelsdorf, PA 19567-1501
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14165067        +Cenlar FSB,    servicer for Home Point Fin Corp.,    c/o Rebecca A. Solarz, Esq.,
                  701 Market Street, Ste 5000,    Philadelphia, PA 19106-1541
14070473        #+Home Point Financial,    1194 Oak Valley Drive,    Suite 80,    Ann Arbor, MI 48108-8942
14108450        +Home Point Financial Corporation,    c/o Cenlar FSB,    Attn: BK Department,    425 Phillips Blvd.,
                  Ewing, NJ 08618-1430
14095720         Home Point Financial Corporation,    c/o Jerome Blank, Esq.,    1617 JFK Boulevard, Ste 1400,
                  One Penn Center Plaza,    Philadelphia, PA  19103
14194866        +Home Point Financial Corporation,    11511 Luna Road, Suite 300,    Farmers Branch, TX 75234-6451
14070475         Phelan Hallinan Diamond & Jones LLP,    1967 JFK Blvd,    Suite 1400,    Philadelphia, PA 19103
14070476        +Reading Hospital,    420 S. 5th Street,    Reading, PA 19602
14070477        +St. Joseph Hospital,    2500 Bernville Road,    Reading, PA 19605-9453
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2019 02:28:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 24 2019 02:28:25     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 24 2019 02:36:05
                 PRA   Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
14105508         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 24 2019 02:36:28
                 LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14083299        +E-mail/PDF: cbp@onemainfinancial.com Jul 24 2019 02:36:04     OneMain,    PO Box 3251,
                 Evansville, IN 47731-3251
14070474        +E-mail/PDF: cbp@onemainfinancial.com Jul 24 2019 02:36:50     OneMain Financial,
                 1598 Cumberland Street,    Lebanon, PA 17042-4532
14245316         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 24 2019 02:36:28
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
14098717         E-mail/Text: bnc-quantum@quantum3group.com Jul 24 2019 02:28:07
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 8
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: John                 Page 2 of 2                  Date Rcvd: Jul 23, 2019
                              Form ID: 210U              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2019 at the address(es) listed below:

        DANIEL T. RABENOLD   on behalf of Debtor Sallie A. Bowers DanRabenold@rkslawfirm.com,
         rbernabe@rkslawfirm.com
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        JAMES A. PROSTKO   on behalf of Creditor   HOME POINT FINANCIAL CORPORATION paeb@fedphe.com
        JEROME B. BLANK   on behalf of Creditor   Home Point Financial Corporation paeb@fedphe.com
        JEROME B. BLANK   on behalf of Creditor   HOME POINT FINANCIAL CORPORATION paeb@fedphe.com
        REBECCA ANN SOLARZ   on behalf of Creditor   Home Point Financial Corporation
         bkgroup@kmllawgroup.com
        ROLANDO  RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ecfmail@readingch13.com, ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
        THOMAS YOUNG.HAE SONG   on behalf of Creditor   HOME POINT FINANCIAL CORPORATION paeb@fedphe.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
         ECF_FRPA@Trustee13.com

                                                                                                    TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Sallie A. Bowers                                                                                                  Case No: 18−11597−elf

      Debtor(s)

___

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 7/23/19

For The Court

Timothy B. McGrath
Clerk of Court

51
Form 210U