United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-11597-jkf
Sallie A. Bowers                                                    Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa            Page 1 of 2            Date Rcvd: Jul 31, 2019
                              Form ID: 309A         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2019.
```
db              #+Sallie A. Bowers,    135 E. High Street,    Womelsdorf, PA 19567-1501
smg              +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                   Allentown, PA 18101-1603
smg               City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg              +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg              +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
ust              +United States Trustee,    Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,
                   Philadelphia, PA 19106-2908
14165067         +Cenlar FSB,    servicer for Home Point Fin Corp.,    c/o Rebecca A. Solarz, Esq.,
                   701 Market Street, Ste 5000,    Philadelphia, PA 19106-1541
14194866         +Home Point Financial Corporation,    11511 Luna Road, Suite 300,    Farmers Branch, TX 75234-6451
14108450         +Home Point Financial Corporation,    c/o Cenlar FSB,    Attn: BK Department,    425 Phillips Blvd.,
                   Ewing, NJ 08618-1430
14095720          Home Point Financial Corporation,    c/o Jerome Blank, Esq.,    1617 JFK Boulevard, Ste 1400,
                   One Penn Center Plaza,    Philadelphia, PA  19103
14070475          Phelan Hallinan Diamond & Jones LLP,    1967 JFK Blvd,    Suite 1400,    Philadelphia, PA 19103
14070476         +Reading Hospital,    420 S. 5th Street,    Reading, PA 19602
14070477         +St. Joseph Hospital,    2500 Bernville Road,    Reading, PA 19605-9453
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty               E-mail/Text: DanRabenold@rkslawfirm.com Aug 01 2019 03:26:50      DANIEL T. RABENOLD,
                   Rabenold, Koestel, Goodman & Denaro P.C.,    501 Park Road North,    P.O. Box 6263,
                   Wyomissing, PA  19610
tr               +EDI: QRHHOLBER.COM Aug 01 2019 07:13:00      ROBERT H. HOLBER,    Robert H. Holber PC,
                   41 East Front Street,    Media, PA 19063-2911
smg               E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2019 03:27:09
                   Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA  17128-0946
smg              +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 01 2019 03:27:38      U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14105508          EDI: RESURGENT.COM Aug 01 2019 07:13:00      LVNV Funding, LLC its successors and assigns as,
                   assignee of GE Money Bank,    Resurgent Capital Services,    PO Box 10587,
                   Greenville, SC 29603-0587
14083299         +EDI: AGFINANCE.COM Aug 01 2019 07:13:00      OneMain,    PO Box 3251,    Evansville, IN 47731-3251
14070474         +EDI: AGFINANCE.COM Aug 01 2019 07:13:00      OneMain Financial,    1598 Cumberland Street,
                   Lebanon, PA 17042-4532
14245316          EDI: PRA.COM Aug 01 2019 07:13:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                   Norfolk VA 23541
14098717          EDI: Q3G.COM Aug 01 2019 07:13:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                   PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14070473       ##+Home Point Financial,    1194 Oak Valley Drive,    Suite 80,    Ann Arbor, MI 48108-8942
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Lisa                Page 2 of 2             Date Rcvd: Jul 31, 2019
                              Form ID: 309A             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2019 at the address(es) listed below:
              DANIEL T. RABENOLD    on behalf of Debtor Sallie A. Bowers DanRabenold@rkslawfirm.com,
               rbernabe@rkslawfirm.com
              FREDERICK L. REIGLE     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES A. PROSTKO    on behalf of Creditor   HOME POINT FINANCIAL CORPORATION paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Home Point Financial Corporation paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    HOME POINT FINANCIAL CORPORATION paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Home Point Financial Corporation
               bkgroup@kmllawgroup.com
              ROBERT H. HOLBER     trustee@holber.com,   rholber@ecf.axosfs.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com,   ecf_frpa@trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   HOME POINT FINANCIAL CORPORATION paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 11
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Sallie A. Bowers** | Social Security number or ITIN | **xxx–xx–9080** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **3/8/18** |
| Case number: | **18–11597–jkf** | Date case converted to chapter **7** | **7/23/19** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Sallie A. Bowers | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 135 E. High Street<br>Womelsdorf, PA 19567 | |
| 4. | **Debtor's attorney**<br>Name and address | DANIEL T. RABENOLD<br>Rabenold, Koestel, Goodman & Denaro P.C.<br>501 Park Road North<br>P.O. Box 6263<br>Wyomissing, PA 19610 | Contact phone 610 374 2103<br><br>Email:  DanRabenold@rkslawfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | ROBERT H. HOLBER<br>Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063 | Contact phone (610) 565–5463<br><br>Email:  trustee@holber.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 7/31/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 16, 2019 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**544 Court Street, Reading, PA 19601** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/15/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |