*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:　　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 7

　　　　Sallie A. Bowers

Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　Case No: 18–11597–jkf

---

*ORDER*

　　AND NOW, 11/18/19 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 727(a)(11); <u>see also</u> Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

　　And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

　　Accordingly, it is hereby ORDERED that the debtor shall have until 12/2/19 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. <u>See</u> Advisory Committee Note to Fed. R. Bankr. P. 4004.

　　　　　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　Jean K. FitzSimon

　　　　　　　　　　　　　　　　　　　　　　　Judge ,United States Bankruptcy Court