United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 18-11597-jkf
Sallie A. Bowers                                                                    Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: John              Page 1 of 1            Date Rcvd: Nov 18, 2019
                               Form ID: 211             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2019.
db              #+Sallie A. Bowers,   135 E. High Street,   Womelsdorf, PA 19567-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 19 2019 04:03:14
                 PRA  Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
                                                                              TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2019 at the address(es) listed below:
          DANIEL T. RABENOLD    on behalf of Debtor Sallie A. Bowers DanRabenold@rkslawfirm.com,
           rbernabe@rkslawfirm.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JAMES A. PROSTKO    on behalf of Creditor   HOME POINT FINANCIAL CORPORATION paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    HOME POINT FINANCIAL CORPORATION paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Home Point Financial Corporation paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Home Point Financial Corporation
           bkgroup@kmllawgroup.com
          ROBERT H. HOLBER    trustee@holber.com,  rholber@ecf.axosfs.com
          ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
           rholber@ecf.axosfs.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor   HOME POINT FINANCIAL CORPORATION paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                              TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 7

    Sallie A. Bowers

Debtor(s)  Case No: 18–11597–jkf

___

*ORDER*

AND NOW, 11/18/19 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 12/2/19 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

    For The Court

    Jean K. FitzSimon

    Judge ,United States Bankruptcy Court