Certificate Number: 01401-PAE-DE-033757855

Bankruptcy Case Number: 18-11597



01401-PAE-DE-033757855

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 27, 2019</u>, at <u>11:18</u> o'clock <u>AM EST</u>, <u>Sallie A Bowers</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>November 27, 2019</u>　　　By: <u>/s/Jeremy Lark</u>

　　　　　　　　　　　　　　　　　Name: <u>Jeremy Lark</u>

　　　　　　　　　　　　　　　　　Title: <u>FCC Manager</u>